UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHWARTZ on behalf of herself individually as the mother of MICHAEL PARKER, deceased; and NANCY SCHWARTZ, as representative and administrator of MICHAEL PARKER'S Estate,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LASSEN COUNTY ex rel. the LASSEN COUNTY JAIL (DETENTION FACILITY), et al.,<br><br>　　　　Defendants. | No. 2:10-cv-03048-MCE-GGH<br><br><br><br><br><br><br><br>ORDER |

----oo0oo----

Per Memorandum and Order dated January 18, 2011 (ECF No. 56), this Court granted in part and denied in part Defendants' Motion to Dismiss.  That Order is hereby amended to insert the following after line 17 on page 36:

///
///
///
///

1

Not later than thirty (30) days following the date this Memorandum and Order is electronically filed, Plaintiff may (but is not required to) file an amended complaint. If no amended complaint is filed within said thirty-day period, without further notice to the parties, those causes of action dismissed by virtue of this Order will be deemed dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE