1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, SBN 96494**
5  **SCOTT H. CAVANAUGH, SBN 245261**

6  Attorneys for Lassen County and Undersheriff John Mineau

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| NANCY SCHWARZ on behalf of herself individually as the mother of MICHAEL PARKER, deceased; and NANCY SCHWARZ, as representative and administrator of MICHAEL PARKER's Estate,<br><br>                       Plaintiffs,<br><br>vs.<br><br>LASSEN COUNTY ex rel. the LASSEN COUNTY JAIL (DETENTION FACILITY); STEVEN W. WARREN, SHERIFF OF LASSEN COUNTY; UNKNOWN GUARDS; UNKNOWN DEPUTY SHERIFF; OFFICER ED VEGA; and UNKNOWN SUSANVILLE OFFICERS,<br><br>                       Defendants.<br>_____ | NO. 2:10-cv-03048-MCE-GGH<br><br>**STIPULATION ALLOWING DEFENDANTS LASSEN COUNTY AND UNDERSHERIFF JOHN MINEAU TO EXCEED THE TWENTY (20) PAGE BRIEFING LIMIT ON MOVING PAPERS AND ORDER**<br><br>Date: March 21, 2013<br>Time: 2:00 p.m.<br>Location: 501 I Street, Sacramento, CA<br>Courtroom: 7<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their attorneys of record, that in the interest of ensuring all legal and factual issues are effectively briefed in named defendants' anticipated Motion for Summary Judgment, or Partial Summary Judgment, the parties hereby agree to allow Lassen County and Undersheriff Mineau to exceed the twenty (20) page briefing limit by ten (10) pages. Accordingly, the parties agree that the defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment, or Partial Summary Judgment, shall not exceed thirty(30) pages.

| | | |
|---|---|---|
| Dated: January 29, 2013 | | JONES & DYER |

By:  /s/ Mark A. Jones
MARK A. JONES
SCOTT H. CAVANAUGH
Attorneys for Defendants County of Lassen,
Undersheriff John Mineau

Dated: January 29, 2013     HAGER & HEARNE

By:  /s/ Treva J. Hearne
TREVA J. HEARNE
Attorney for Plaintiff, Nancy Schwartz

Dated: January 29, 2013     LAW OFFICES OF JAMES A. WYATT

By:  /s/ James A. Wyatt
JAMES A. WYATT
Attorney for Defendant City of Susanville

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, Defendants Lassen County and Undersheriff John Mineau are allowed a ten (10) page extension for their moving papers for their Motion for Summary Judgment. Defendants Lassen County and Undersheriff John Mineau's Memorandum and Points of Authorities in Support of their Motion for Summary Judgment may not exceed thirty (30) pages.

IT IS SO ORDERED.

Dated:     February 1, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

C:\CAED\iFolder\TO MCE-CIVIL\Schwarz 10-3048. page limit. JF.wpd

1