1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, SBN 96494**
5  **SCOTT H. CAVANAUGH, SBN 245261**

6  Attorneys for Lassen County and Undersheriff John Mineau

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | NANCY SCHWARZ on behalf of herself | ) NO. 2:10-cv-03048-MCE-GGH |
   | individually as the mother of MICHAEL PARKER, | ) |
12 | deceased; and NANCY SCHWARZ, as | ) **STIPULATION ALLOWING** |
   | representative and administrator of MICHAEL | ) **DEFENDANTS LASSEN COUNTY** |
13 | PARKER's Estate, | ) **AND UNDERSHERIFF JOHN** |
   |  | ) **MINEAU TO EXCEED THE** |
14 |                             Plaintiffs, | ) **TWENTY (20) PAGE BRIEFING** |
   |  | ) **LIMIT ON MOVING PAPERS AND** |
15 | vs. | ) **ORDER** |
   |  | ) |
16 | LASSEN COUNTY ex rel. the LASSEN COUNTY | ) |
   | JAIL (DETENTION FACILITY); STEVEN W. | ) |
17 | WARREN, SHERIFF OF LASSEN COUNTY; | ) |
   | UNKNOWN GUARDS; UNKNOWN DEPUTY | ) Date: March 21, 2013 |
18 | SHERIFF; OFFICER ED VEGA; and UNKNOWN | ) Time: 2:00 p.m. |
   | SUSANVILLE OFFICERS, | ) Location: 501 I Street, Sacramento, CA |
19 |  | ) Courtroom: 7 |
   |                             Defendants. | ) Judge: Morrison C. England, Jr. |
20 | _____ | ) |

21

22         IT IS HEREBY STIPULATED by and between the parties to this action, by and through

23 their attorneys of record, that in the interest of ensuring all legal and factual issues are effectively

24 briefed in named defendants' anticipated Motion for Summary Judgment, or Partial Summary

25 Judgment, the parties hereby agree to allow Lassen County and Undersheriff Mineau to exceed the

26 twenty (20) page briefing limit by ten (10) pages. Accordingly, the parties agree that the

27 defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment,

28 or Partial Summary Judgment, shall not exceed thirty(30) pages.

| | | |
|---|---|---|
| Dated: January 29, 2013 | | JONES & DYER |

By:     /s/ Mark A. Jones
       MARK A. JONES
       SCOTT H. CAVANAUGH
       Attorneys for Defendants County of Lassen,
       Undersheriff John Mineau

Dated: January 29, 2013      HAGER & HEARNE

By:     /s/ Treva J. Hearne
       TREVA J. HEARNE
       Attorney for Plaintiff, Nancy Schwartz

Dated: January 29, 2013      LAW OFFICES OF JAMES A. WYATT

By:     /s/ James A. Wyatt
       JAMES A. WYATT
       Attorney for Defendant City of Susanville

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, Defendants Lassen County and Undersheriff John Mineau are allowed a ten (10) page extension for their moving papers for their Motion for Summary Judgment. Defendants Lassen County and Undersheriff John Mineau's Memorandum and Points of Authorities in Support of their Motion for Summary Judgment may not exceed thirty (30) pages. IT IS SO ORDERED.

Dated:      February 1, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE