HAGER & HEARNE
TREVA J. HEARNE, ESQ.
245 E. Liberty St., Ste. 110
Reno, NV 89501
Tele: (775) 329-5800

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHWARZ on behalf of herself individually as the mother of MICHAEL PARKER, deceased; and NANCY SCHWARZ, as representative and administrator of MICHAEL PARKER's Estate,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>LASSEN COUNTY ex rel. the LASSEN COUNTY JAIL (DETENTION FACILITY); STEVEN W. WARREN, SHERIFF OF LASSEN COUNTY; UNKNOWN GUARDS; UNKNOWN DEPUTY SHERIFF; CITY OF SUSANVILLE; OFFICER ED VEGA; and CITY OF SUSANVILLE; UNKNOWN SUSANVILLE POLICE OFFICERS,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-03048-MCE-GGH |

### ORDER ON
### STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Pursuant to the Stipulation for Extension of Time to File Response to Motion for Summary Judgment filed February 20, 2013 (ECF No. 89), IT IS HEREBY ORDRED THAT:

　　1. Plaintiff shall have up to and including March 12, 2013 in which to file her

1

Response to Lassen County's Motion for Summary Judgment (Doc. 82).

2. Defendant Lassen County shall have fourteen (14) days from the date of Plaintiff filing her Response to Motion for Summary Judgment to file its Reply.

3. The Hearing on Lassen County's Motion for Summary Judgment currently set for April 18, 2013 at 2:00 p.m. shall be continued to May 2, 2013 at 9:00 a.m.

IT IS SO ORDERED.

DATED:    February 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE