Treva J. Hearne, Esq.
**Parr Law Offices**
450 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 329-5811
Fax: (775) 329-5819
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHWARZ on behalf of herself individually as the mother of MICHAEL PARKER, deceased; and NANCY SCHWARZ, as representative and administrator of MICHAEL PARKER's Estate,<br><br>               Plaintiffs,<br><br>v.<br><br>LASSEN COUNTY et al.<br><br>               Defendants. | Case No: 2:10-cv-03048-MCE-GGH<br><br>**ORDER GRANTING MOTION FOR LEAVE TO LATE FILE (BY ONE DAY) PLAINTIFF'S OPPOSITION TO COUNTY'S MOTION FOR SUMMARY JUDGMENT** |

BASED UPON the Plaintiff's Motion for Leave to Late File (By One Day) Plaintiff's Opposition to County's Motion for Summary Judgment [Doc. 95] AND GOOD CAUSE APPEARING,

/ / /

/ / /

/ / /

1

IT IS SO ORDERED that Plaintiff's Motion is GRANTED and that Plaintiffs' Opposition to Lassen County's Motion for Summary Judgment which was due on Friday, March 29, 2013, be filed one (1) judicial day late; to-wit: April 1, 2013.

IT IS SO ORDERED.

DATED: April 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT