Treva J. Hearne, Esq.
**Parr Law Offices**
450 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 329-5811
Fax: (775) 329-5819
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHWARZ on behalf of herself individually as the mother of MICHAEL PARKER, deceased; and NANCY SCHWARZ, as representative and administrator of MICHAEL PARKER's Estate,<br><br>            Plaintiffs,<br><br>v.<br><br>LASSEN COUNTY et al.<br><br>            Defendants. | Case No: 2:10-cv-03048-MCE-GGH<br><br>**ORDER GRANTING MOTION FOR LEAVE TO LATE FILE (BY ONE DAY) PLAINTIFF'S OPPOSITION TO COUNTY'S MOTION FOR SUMMARY JUDGMENT** |

    BASED UPON the Plaintiff's Motion for Leave to Late File (By One Day) Plaintiff's Opposition to County's Motion for Summary Judgment [Doc. 95] AND GOOD CAUSE APPEARING,

/ / /

/ / /

/ / /

1

1  IT IS SO ORDERED that Plaintiff's Motion is GRANTED and that Plaintiffs'
2  Opposition to Lassen County's Motion for Summary Judgment which was due on
3  Friday, March 29, 2013, be filed one (1) judicial day late; to-wit: April 1, 2013.
4  IT IS SO ORDERED.
5  DATED: April 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT